**Roger Earl COLEY, Plaintiff-Appellant,**

v.

**State of NORTH CAROLINA; Judge W. Russell Duke, Jr., Defendants-Appellees.**

No. 17-7485

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 28, 2017

Roger Earl Coley, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Earl Coley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for medical records. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Coley v. North Carolina*, No. 5:17-ct-03109-D (E.D.N.C. Oct. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*